APRIL 30, 1962

**Reap. Dec. 10236.**—Renee Antiques, Inc. *v.* United States, reappraisement R61/16727. Reappraisement dismissed March 20, 1962. (Not published.) Motion by plaintiff.